UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARD PERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-1771 JLT EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TERMINATING PLANTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 12, 16)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JOSEPH EDWARD PERRY AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

　　　　Joseph Edward Perry and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16.) Pursuant to the stipulation of the parties, "the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision." (*Id.* at 1.) The parties also stipulated that the final decision of the Commissioner denying benefits is reversed, and judgment shall be entered in favor of Plaintiff and against the Defendant. (*Id*. at 2.)

　　　　Based upon the terms of the stipulation, the Court **ORDERS**:

　　　　1.　　The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

1

2. Plaintiff's motion for summary judgment (Doc. 12) is terminated as **MOOT**.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Jospeh Edward Perry and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

UNITED STATES DISTRICT JUDGE