# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARD PERRY,<br><br>          Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:23-cv-1771 JLT EPG<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

Joseph Edward Perry and Martin O'Malley, Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees in the amount of $7,300.00 pursuant to the Equal Access to Justice Act. (Doc. 19 at 1.) Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation: Plaintiff is **AWARDED** fees in the amount of $7,300.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **June 15, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE